FOOD FAIR STORES, INC., ET AL. *v.* ZONING BOARD
OF APPEALS OF CITY OF POMPANO
BEACH, FLORIDA.

No. 973.   Decided May 27, 1963.

*Harry Shapiro* for appellants.

*Robert B. Cochran* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MILE ROAD CORP. *v.* CITY OF BOSTON.

No. 981.   Decided May 27, 1963.

*Edward M. Dangel* and *Leo E. Sherry* for appellant.

*William H. Kerr* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.